| | | |
|---|---|---|
| | AUSA: Kathryn E. Boyles | Telephone: (313) 226-9556 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Officer: Lawrence Ballard | Telephone: (313) 568-6049 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Fermin DE LA ROSA LOPEZ

Case No.

Case: 2:25-mj-30302
Assigned To : Unassigned
Assign. Date : 5/9/2025
Description: CMP USA V. DE LA ROSA LOPEZ (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____April 21, 2025____ in the county of ____Oakland____ in the ____Eastern____ District of ____Michigan____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about April 21, 2025, in the Eastern District of Michigan, Southern Division, Fermin DE LA ROSA LOPEZ an alien from Mexico was found in the United States after having been denied admission, excluded, deported, and removed there from on or about October 23, 2018, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_____
Complainant's signature

Lawrence Ballard, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: May 9, 2025

City and state: Detroit, MI

_____
Judge's signature

Kimberly Altman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Lawrence C. Ballard, hereby declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), of the United States Department of Homeland Security (DHS).

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Fermin DE LA ROSA LOPEZ, an alien who has previously been removed from the United States on or about October 23, 2018, at Hidalgo, Texas, and was thereafter found in the United States on or about April 21, 2025, without the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission, all in violation of Title 8, United States Code, § 1326(a).

3. The facts set forth in this affidavit are based upon my personal knowledge, training and experience, information provided to me by other law enforcement officers to include ICE ERO Deportation Officers, and records checks of law enforcement databases. I have also reviewed records from the official immigration file and system automated data relating to DE LA ROSA LOPEZ.

4. The information set forth in this affidavit is for the limited purpose of establishing probable cause and does not necessarily include all the information known to law enforcement related to this investigation.

## PROBABLE CAUSE

5. DE LA ROSA LOPEZ is a fifty-year-old male, native and citizen of Mexico, who last entered the United States at an unknown place on an unknown date without being admitted, inspected or paroled by an immigration officer.

6. On March 9, 1998, U.S. Border Patrol (USBP) apprehended DE LA ROSA LOPEZ at or near Tucson, Arizona and voluntarily returned him to Mexico the same day.

1

7. On March 10, 1998, USBP apprehended DE LA ROSA LOPEZ at or near Tucson, Arizona and voluntarily returned him to Mexico the same day.

8. On March 11, 1998, USBP apprehended DE LA ROSA LOPEZ at or near Tucson, Arizona and voluntarily returned him to Mexico the same day.

9. On March 13, 1998, USBP apprehended De La ROSA LOPEZ at or near Tucson, Arizona and voluntarily returned him to Mexico the same day.

10. On February 12, 2000, USBP apprehended DE LA ROSA LOPEZ at or near Laredo, Texas and voluntarily returned him to Mexico the same day.

11. On March 24, 2001, USBP apprehended DE LA ROSA LOPEZ at or near Laredo, Texas and voluntarily returned him to Mexico the same day.

12. On January 17, 2006, USBP apprehended DE LA ROSA LOPEZ at or near Detroit, Michigan and voluntarily returned him to Mexico the same day via an air charter.

13. On October 8, 2018, USBP apprehended DE LA ROSA LOPEZ at or near Pontiac, Michigan following a traffic stop. DE LA ROSA LOPEZ was served with Form I-862, Notice to Appear, and placed in removal proceedings in Detroit, Michigan.

14. On October 17, 2018, DE LA ROSA LOPEZ was ordered removed from the United States by an immigration judge in Detroit, Michigan and was subsequently removed to Mexico on October 23, 2018, at Hidalgo, Texas.

15. On May 20, 2022, USBP apprehended DE LA ROSA LOPEZ at or near Santa Teresa, New Mexico and expelled him back to Mexico under Title 42 on the same date.

16. On April 21, 2025, Detroit ICE Deportation Officers on a Fugitive Operations Team traveled to an address in Pontiac, Michigan in search of DE LA ROSA LOPEZ with an approved warrant. Deportation Officers observed a male subject matching DE LA ROSA LOPEZ's physical description leave the residence and enter the driver's side of a red Mazda sedan. Deportation Officers conducted a vehicle stop, identified themselves, and contacted the driver, who was identified as DE LA ROSA LOPEZ.

17. DE LA ROSA LOPEZ freely claimed to have entered the United States without having been inspected and admitted sometime in 2022 near El Paso, Texas. ICE ERO Deportation Officers placed DE LA ROSA LOPEZ under arrest and transported him to the Detroit ICE ERO Field Office for further processing.

18. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

19. DE LA ROSA LOPEZ's fingerprints and photograph were captured and entered into biometric systems. The results revealed that DE LA ROSA LOPEZ is a citizen of Mexico with the aforementioned immigration history who has previously been removed from the United States.

20. A review of immigration records for DE LA ROSA LOPEZ and queries in the U.S. Department of Homeland Security databases revealed that no record exists of DE LA ROSA LOPEZ obtaining consent from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal from the United States to Mexico on October 23, 2018.

## CONCLUSION

21. Based on the above information, I respectfully submit that there is probable cause to conclude that, on or about April 21, 2025, within the Eastern District of Michigan, Fermin DE LA ROSA LOPEZ, an alien who, after having been removed from the United States on or about October 23, 2018 at Hidalgo, Texas, was thereafter found in the United States without having obtained the express consent or permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for

3

admission to the United States, in violation of Title 8, United States Code, § 1326(a).

*[signature]*

Lawrence Ballard, Deportation Officer
Immigration & Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

*[signature]*

Honorable Kimberly G. Altman
United States Magistrate Judge

May 9, 2025